PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7230
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 23-CR-220 WHO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING FINE |
| v. | |
| ZHANG LI, | |
| Defendant. | |

On or about July 19, 2023, defendant ZHANG LI entered into a deferred prosecution agreement with the United States. Pursuant to the deferred prosecution agreement, defendant ZHANG agreed to pay a fine in the amount of $50,000.

The Clerk's Office has notified the United States that in order to accept the fine payment and credit the payment to the above-referenced case number, a court order is required.

Therefore, it is hereby stipulated by and between counsel for the United States and counsel for the defendant that the defendant's payment of the fine to the Clerk, U.S. District Court, in accordance with the terms of the deferred prosecution agreement, be credited against the above-captioned case number.

STIPULATION REGARDING FINE AND
PROPOSED ORDER                      1

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED; August 30, 2023                               PATRICK D. ROBBINS
                                                    Attorney for the United States

                                                    _____*David J. Ward*_____
                                                    DAVID J. WARD
                                                    Assistant United States Attorney

DATED:  August 30, 2023                              _____*w/ Permission*_____
                                                    HARTLEY M.K. WEST
                                                    Attorney for defendant ZHANG LI

### [PROPOSED] ORDER

Based on the facts set forth in the stipulation of the parties, the Court hereby ORDERS that the defendant's payment of $50,000 be credited by the Clerk, U.S. District Court, against the above-captioned case number.

IT IS SO ORDERED.

DATED: _____                            _____
                                                    HON. WILLIAM H. ORRICK
                                                    UNITED STATES SENIOR DISTRICT JUDGE