1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7230
        david.ward@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO: 23-CR-220 WHO
                                        )
14 |     Plaintiff,                      ) STIPULATION AND ORDER REGARDING FINE
                                        )
15 |   v.                                )
                                        )
16 | ZHANG LI,                           )
                                        )
17 |     Defendant.                      )
                                        )
18

19      On or about July 19, 2023, defendant ZHANG LI entered into a deferred prosecution agreement

20 with the United States.  Pursuant to the deferred prosecution agreement, defendant ZHANG agreed to

21 pay a fine in the amount of $50,000.

22      The Clerk's Office has notified the United States that in order to accept the fine payment and

23 credit the payment to the above-referenced case number, a court order is required.

24      Therefore, it is hereby stipulated by and between counsel for the United States and counsel for

25 the defendant that the defendant's payment of the fine to the Clerk, U.S. District Court, in accordance

26 with the terms of the deferred prosecution agreement, be credited against the above-captioned case

27 number.

28

STIPULATION REGARDING FINE AND
PROPOSED ORDER                                      1

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED; August 30, 2023                                          PATRICK D. ROBBINS
                                                                Attorney for the United States

                                                                *David J. Ward*
                                                                DAVID J. WARD
                                                                Assistant United States Attorney

DATED:  August 30, 2023                                         *w/ Permission*
                                                                HARTLEY M.K. WEST
                                                                Attorney for defendant ZHANG LI

### ORDER

Based on the facts set forth in the stipulation of the parties, the Court hereby ORDERS that the defendant's payment of $50,000 be credited by the Clerk, U.S. District Court, against the above-captioned case number.

IT IS SO ORDERED.

DATED: August 31, 2023                                          _____
                                                                HON. WILLIAM H. ORRICK
                                                                UNITED STATES SENIOR DISTRICT JUDGE