CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
DAVID J. WARD (CABN 239504)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7230
lloyd.farnham@usdoj.gov
david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ZHANG LI,<br>Defendant. | NO. 23-CR-00220 WHO<br>NOTICE OF DISMISSAL |

On May 27, 2021, the defendant in this case, ZHANG LI, was charged by Criminal Complaint with Honest Services Wire Fraud in violation of 18 U.S.C. §§ 1343, 1346. *Dkt. 1*. On July 18, 2023, the defendant was charged in an Information with one count of Conspiracy to Commit Honest Services Wire Fraud in violation of 18 U.S.C. § 1349. *Dkt. 1*[1]. On July 19, 2023, the parties entered into and filed with the Court a Deferred Prosecution Agreement (DPA). *Dkt. 4*. Under the terms of the DPA, the government agreed that, if the defendant complied with the terms of the DPA, at the end of three years,

[1] The numbering in the ECF docket in this case restarts at number 1 for what should be docket entry number 16.

the government would move to dismiss the Information filed in this case. The defendant has done so.

Therefore, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against defendant ZHANG LI.

DATED: July 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeff Mitchell*
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the Information against defendant ZHANG LI.

Date: July 27, 2026

HON. WILLIAM H. ORRICK
United States Senior District Judge